IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGILE THERMAL TECHNOLOGIES, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>IPSEN, INC., an Illinois corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>                                                    / | No. C 09-06011 MHP<br><br>**ORDER DENYING TEMPORARY RESTRAINING ORDER AND SETTING HEARING DATE** |

As set forth by the undersigned during oral argument pertaining to plaintiff's application for a temporary restraining order on December 23, 2009, IT IS HEREBY ORDERED:

1. The parties shall attend a hearing to discuss this application **AT 2 P.M. ON DECEMBER 30, 2009**, in Courtroom 9 before the undersigned.

2. An opposition must be filed **BY NOON ON DECEMBER 28, 2009**.

The application for immediate relief is otherwise **DENIED**.

**IT IS SO ORDERED.**

Dated: December 23, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE